**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dante Condeluci**
**Heather Condeluci**
  Debtor(s)

Bankruptcy Case No.: 19−24089−GLT
Related to Docket No. 47
Chapter: 13
Docket No.: 48 − 47
Concil. Conf.: April 15, 2021 at 10:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **March 1, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **March 15, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **April 15, 2021** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

   If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 15, 2021

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24089-GLT |
| Dante Condeluci | Chapter 13 |
| Heather Condeluci | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Jan 15, 2021 | Form ID: 213 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dante Condeluci, Heather Condeluci, 102 Caldwell Street, Mc Kees Rocks, PA 15136-2569 |
| cr | + | TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15151921 | + | ACAR Leasing LTD d/b/a/ GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15163157 | + | Ascar Leasing, Po Box 183853, Arlington, TX 76096-3853 |
| 15142731 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 15169631 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15142732 | + | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15165634 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15142734 | + | Carvana, LLC, PO Box 29002, Phoenix, AZ 85038-9002 |
| 15142735 | + | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15163158 | | District Court 05-0-03 440 Ross Street, Suite 5039, Pittsburgh, PA 15219 |
| 15163159 | + | District Court 05-2-43, 5624 Stuebenville Pike, McKees Rocks, PA 15136-1416 |
| 15174982 | + | Greensky, LLC/Home Depot Loan Services, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15173916 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15142740 | + | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15142742 | + | Phelan, Hallinan, Diamond, & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Attention: Peter Wapner, Esquire, Philadelphia, PA 19103-1814 |
| 15151181 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 15163160 | + | Santander Consumer USA, P.O.Box 961278, Fort Worth, TX 76161-0278 |
| 15183374 | + | Township of Stowe and Sto-Rox School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15169901 | | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15169899 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 16 2021 02:50:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2021 02:51:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:13:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15282514 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 16 2021 02:50:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15142733 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:12:22 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15151917 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 16 2021 03:15:23 | Capital One Bank (USA), N.A., by American |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15142736 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 16 2021 02:51:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15176051 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 16 2021 02:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15171394 | | Email/Text: cashiering-administrationservices@flagstar.com | Jan 16 2021 02:51:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098 |
| 15142737 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 16 2021 02:51:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15142738 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 16 2021 02:50:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15174685 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 16 2021 02:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15175468 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2021 03:15:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15163161 | + | Email/Text: bk@lendingclub.com | Jan 16 2021 02:51:00 | Lending Club, 71 Stevenson Rd, Suite 300, San Francisco, CA 94105-2985 |
| 15171003 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 16 2021 02:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15142741 | + | Email/PDF: cbp@onemainfinancial.com | Jan 16 2021 03:12:19 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15168027 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:12:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15142743 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 16 2021 03:15:24 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15172055 | | Email/Text: bnc-quantum@quantum3group.com | Jan 16 2021 02:50:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15142744 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:13:52 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15142745 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:15:22 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 15142746 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:20 | Syncb/sync Bank Luxury, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15142747 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:20 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15143360 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 16 2021 03:12:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15173785 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 16 2021 03:15:30 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15142748 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 16 2021 02:51:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |

Case 19-24089-GLT   Doc 49   Filed 01/17/21   Entered 01/18/21 00:34:49   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: dbas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 213 | Total Noticed: 47 |

| 15142739 | | Idb Bank/grnsky/thd Lo |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15165642 | * | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Heather Condeluci gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Glenn R. Bartifay | on behalf of Debtor Dante Condeluci gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT jhunt@grblaw.com  cnoroski@grblaw.com |
| Jerome B. Blank | on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor FLAGSTAR BANK  FSB mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com |

TOTAL: 10