IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order of Court dated January 15, 2021, Doc. No. 48, and the Amended Plan filed on March 1, 2021, Doc. No. 52, were served as follows:

By electronic notice for the above Order on January 15, 2021 and the above Plan on March 1, 2021, addressed as follows:

Jerome B. Blank on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company, kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT, jhunt@grblaw.com, cnoroski@grblaw.com

Maria Miksich on behalf of Creditor FLAGSTAR BANK, FSB, mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, FSB, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By regular mail for both the above Order and Plan on March 1, 2021 to the parties in the attached mailing matrix.

Dated: March 1, 2021             /s/ Glenn R. Bartifay
                GLENN R. BARTIFAY, ESQUIRE
                Pa. Id. No. 316860
                Counsel for Debtors

                BARTIFAY LAW OFFICES, P.C.
                2009 Mackenzie Way, Suite 100
                Cranberry Township, PA 16066
                (412) 824-4011
                gbartifay@bartifaylaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24089-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Mar  1 15:58:04 EST 2021 | Americredit Financial Services, Inc. dba GM<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096-3853 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRIC<br>GRB Law<br>437 Grant Street 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | ACAR Leasing LTD d/b/a/ GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Ascar Leasing<br>Po Box 183853<br>Arlington, TX 76096-3853 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Best Buy/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Carvana, LLC<br>PO Box 29002<br>Phoenix, AZ 85038-9002 | Carvana, LLC<br>PO Box 29018 Phoenix AZ 85038 | Chrysler Capital<br>Po Box 961275<br>Fort Worth, TX 76161-0275 |
| Dept Of Education/neln<br>Po Box 82561<br>Lincoln, NE 68501-2561 | District Court 05-0-03 440 Ross Street<br>Suite 5039<br>Pittsburgh, PA 15219 | District Court 05-2-43<br>5624 Stuebenville Pike<br>McKees Rocks, PA 15136-1416 |
| (p)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Greensky, LLC/Home Depot Loan Services<br>1797 Northeast Expressway, Suite 100<br>Atlanta, GA 30329-2451 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club<br>71 Stevenson Rd, Suite 300<br>San Francisco, CA 94105-2985 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1238 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |

| | | |
|---|---|---|
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Onemain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 | Phelan, Hallinan, Diamond, & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Attention: Peter Wapner, Esquire<br>Philadelphia, PA 19103-1814 |
| Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell NY 14219-2553 | Portfolio Recov Assoc<br>150 Corporate Blvd<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Santander Consumer USA<br>P.O.Box 961278<br>Fort Worth, TX 76161-0278 | Syncb/bp<br>C/o Po Box 965024<br>Orlando, FL 32896-0001 |
| Syncb/care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/sync Bank Luxury<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Township of Stowe and Sto-Rox School Distric<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 |
| UPMC Physician Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Webbank/fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 |
| Dante Condeluci<br>102 Caldwell Street<br>Mc Kees Rocks, PA 15136-2569 | Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066-5338 | Heather Condeluci<br>102 Caldwell Street<br>Mc Kees Rocks, PA 15136-2569 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 |

```
Capital One Bank Usa N                FLAGSTAR BANK, FSB                    (d)Jefferson Capital Systems LLC
15000 Capital One Dr                  5151 CORPORATE DRIVE                  Po Box 7999
Richmond, VA 23238                    TROY MI 48098                         Saint Cloud Mn 56302-9617


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)FLAGSTAR BANK, FSB                 (d)Duquesne Light Company             (u)Idb Bank/grnsky/thd Lo
                                      c/o Bernstein-Burkley, P.C.
                                      707 Grant St., Suite 2200, Gulf Tower
                                      Pittsburgh, PA 15219-1945



End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54
```