IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI ) | CHAPTER 13 |
| ) | |
| Debtors. | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that true and correct copies of the Order dated January 15, 2021, Doc. No. 48 and the Notice of Proposed Modification to Confirmed Plan and Amended Plan dated March 4, 2021, Doc. No. 54, were served by electronic mail on March 4, 2021 addressed as follows:

Jerome B. Blank on behalf of Creditor FLAGSTAR BANK, FSB
pawb@fedphe.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT
jhunt@grblaw.com, cnoroski@grblaw.com

Maria Miksich on behalf of Creditor FLAGSTAR BANK, FSB
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, FSB
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor FLAGSTAR BANK, FSB
pawb@fedphe.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By first class mail for the above-referenced Order, Notice and Amended Plan on March 4, 2021, addressed to the parties in the attached mailing matrix.

Dated: <u>March 4, 2021</u>       <u>/s/ Glenn R. Bartifay, Esquire</u>

GLENN R BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Debtors

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24089-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Mar  1 15:58:04 EST 2021 | Americredit Financial Services, Inc. dba GM<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096-3853 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRIC<br>GRB Law<br>437 Grant Street 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | ACAR Leasing LTD d/b/a/ GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Ascar Leasing<br>Po Box 183853<br>Arlington, TX 76096-3853 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Best Buy/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Carvana, LLC<br>PO Box 29002<br>Phoenix, AZ 85038-9002 | Carvana, LLC<br>PO Box 29018 Phoenix AZ 85038 | Chrysler Capital<br>Po Box 961275<br>Fort Worth, TX 76161-0275 |
| Dept Of Education/neln<br>Po Box 82561<br>Lincoln, NE 68501-2561 | District Court 05-0-03 440 Ross Street<br>Suite 5039<br>Pittsburgh, PA 15219 | District Court 05-2-43<br>5624 Stuebenville Pike<br>McKees Rocks, PA 15136-1416 |
| (p)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Greensky, LLC/Home Depot Loan Services<br>1797 Northeast Expressway, Suite 100<br>Atlanta, GA 30329-2451 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club<br>71 Stevenson Rd, Suite 300<br>San Francisco, CA 94105-2985 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1238 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |

```
Office of the United States Trustee      Onemain Financial                           Phelan, Hallinan, Diamond, & Jones, LLP
Liberty Center.                          Po Box 1010                                 1617 JFK Boulevard
1001 Liberty Avenue, Suite 970           Evansville, IN 47706-1010                   Suite 1400
Pittsburgh, PA 15222-3721                                                            Attention: Peter Wapner, Esquire
                                                                                     Philadelphia, PA 19103-1814


Pinnacle Service Solutions LLC           Portfolio Recov Assoc                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
4408 Milestrip Rd #247                   150 Corporate Blvd                          PO BOX 41067
Blasdell NY 14219-2553                   Norfolk, VA 23502-4952                      NORFOLK VA 23541-1067


Quantum3 Group LLC as agent for          Santander Consumer USA                      Syncb/bp
Velocity Investments LLC                 P.O.Box 961278                              C/o Po Box 965024
PO Box 788                               Fort Worth, TX 76161-0278                   Orlando, FL 32896-0001
Kirkland, WA  98083-0788


Syncb/care Credit                        Syncb/sync Bank Luxury                      Syncb/walmart
950 Forrer Blvd                          C/o Po Box 965036                           Po Box 965024
Kettering, OH 45420-1469                 Orlando, FL 32896-0001                      Orlando, FL 32896-5024


Synchrony Bank                           Township of Stowe and Sto-Rox School Distric UPMC Health Services
c/o of PRA Receivables Management, LLC   GRB Law                                     PO Box 1123
PO Box 41021                             c/o Jeffrey R. Hunt, Esquire                Minneapolis MN 55440-1123
Norfolk, VA 23541-1021                   437 Grant Street, 14th Floor
                                         Frick Building
                                         Pittsburgh PA 15219-6101

UPMC Physician Services                  Verizon                                     Webbank/fingerhut
PO Box 1123                              by American InfoSource as agent             6250 Ridgewood Road
Minneapolis MN 55440-1123                PO Box 4457                                 Saint Cloud, MN 56303-0820
                                         Houston, TX  77210-4457


Dante Condeluci                          Glenn R. Bartifay                           Heather Condeluci
102 Caldwell Street                      2009 Mackenzie Way                          102 Caldwell Street
Mc Kees Rocks, PA 15136-2569             Suite 100                                   Mc Kees Rocks, PA 15136-2569
                                         Cranberry Township, PA 16066-5338


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems, LLC           Americredit Financial Services, Inc.        Bank Of America
PO Box 7999                              Dba GM Financial                            Po Box 982238
St Cloud, MN 56302-9617                  P.O Box 183853                              El Paso, TX 79998
                                         Arlington, TX 76096
```

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | FLAGSTAR BANK, FSB<br>5151 CORPORATE DRIVE<br>TROY MI 48098 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FLAGSTAR BANK, FSB | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (u)Idb Bank/grnsky/thd Lo |

End of Label Matrix
Mailable recipients     51
Bypassed recipients      3
Total                   54