IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | |
| ) | |
| Movants/Debtors, ) | |
| vs. ) | |
| ) | |
| EXETER FINANCE LLC, ) | |
| ) | |
| Respondent. ) | |

### ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

This matter comes before the Court upon Motion to Approve Financing filed on March 5, 2021, Doc. No. 58 ("the Motion") filed by Movants Dante Condeluci and Heather Condeluci ("Debtors"). A Certificate of No Objection ("CNO") was filed on _____. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Motion* is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle with Respondent Exeter Finance, Inc., or another creditor, on the following terms:

   (a)     the total amount of financing **shall not exceed $20,000.00**; and

      (b)      the monthly payments made under the financing agreement **shall not exceed $541.07**.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

      (a)      an amended chapter 13 plan; and

      (b)      a report of financing.

3. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Pending confirmation of any amended plan providing for the new postpetition loan payments, the trustee is authorized to make monthly adequate protection payments to Respondent, or to the creditor identified in the report of financing, for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5. Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the Respondent, or to the creditor identified in the report of financing.

6. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

Prepared by: Glenn R. Bartifay, Esquire, Debtors' Counsel

Dated: _____, 2021

_____
GREGORY L. TADDONIO,
United States Bankruptcy Court

<u>Case Administrator to Mail to:</u>

Debtor(s)
Counsel for Debtor(s)
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee