IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and | ) | |
| HEATHER CONDELUCI, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| DANTE CONDELUCI and | ) | |
| HEATHER CONDELUCI, | ) | |
| | ) | |
| Movants/Debtors, | ) | |
| vs. | ) | |
| | ) | |
| EXETER FINANCE LLC, | ) | |
| | ) | |
| Respondent. | ) | |

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that true and correct copies of the Motion to Approve Financing filed on March 5, 2021, Doc. No. 58, Hearing Notice filed on March 5, 2021, Doc. No. 59, and the Proposed Order filed on March 15, 2021, Doc. No. 63, were served as follows:

By electronic notice for the above motion and notice on March 5, 2021 and the above proposed order on March 15, 2021, addressed as follows:

Jerome B. Blank on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company, kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT, jhunt@grblaw.com, cnoroski@grblaw.com

Maria Miksich on behalf of Creditor FLAGSTAR BANK, FSB, mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, FSB, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By first class mail on March 15, 2021 for the above motion, notice, and proposed order, addressed to the parties in the attached mailing matrix and the following:

John Grubb, CEO
Exeter Finance LLC
P.O. Box 167399
Irving, TX 75016

Dated: March 15, 2021                    /s/ Glenn R. Bartifay, Esquire
                                         GLENN R BARTIFAY, ESQUIRE
                                         Pa. Id. No. 68763
                                         Attorney for Debtors

                                         BARTIFAY LAW OFFICES, P.C.
                                         2009 Mackenzie Way, Suite 100
                                         Cranberry Township, PA 16066
                                         (412) 824-4011
                                         gbartifay@bartifaylaw.com

Label Matrix for local noticing
0315-2
Case 19-24089-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Mar  1 15:58:04 EST 2021

Americredit Financial Services, Inc. Dba GM
Dba GM Financial
P.O Box 183853
Arlington, TX 76096-3853

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRIC
GRB Law
437 Grant Street 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

ACAR Leasing LTD d/b/a/ GM Financial Leasing
PO Box 183853
Arlington, TX 76096-3853

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Ascar Leasing
Po Box 183853
Arlington, TX 76096-3853

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Best Buy/cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Carvana, LLC
PO Box 29002
Phoenix, AZ 85038-9002

Carvana, LLC
PO Box 29018 Phoenix AZ 85038

Chrysler Capital
Po Box 961275
Fort Worth, TX 76161-0275

Dept Of Education/neln
Po Box 82561
Lincoln, NE 68501-2561

District Court 05-0-03 440 Ross Street
Suite 5039
Pittsburgh, PA 15219

District Court 05-2-43
5624 Stuebenville Pike
McKees Rocks, PA 15136-1416

(p)FLAGSTAR BANK FSB
5151 CORPORATE DRIVE
MAIL STOP E 115 3
TROY MI 48098-2639

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Greensky, LLC/Home Depot Loan Services
1797 Northeast Expressway, Suite 100
Atlanta, GA 30329-2451

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club
71 Stevenson Rd, Suite 300
San Francisco, CA 94105-2985

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Funding
320 E Big Beaver Rd Ste
Troy, MI 48083-1238

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Onemain Financial
Po Box 1010
Evansville, IN 47706-1010

Phelan, Hallinan, Diamond, & Jones, LLP
1617 JFK Boulevard
Suite 1400
Attention: Peter Wapner, Esquire
Philadelphia, PA 19103-1814

Pinnacle Service Solutions LLC
4408 Milestrip Rd #247
Blasdell NY 14219-2553

Portfolio Recov Assoc
150 Corporate Blvd
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA  98083-0788

Santander Consumer USA
P.O.Box 961278
Fort Worth, TX 76161-0278

Syncb/bp
C/o Po Box 965024
Orlando, FL 32896-0001

Syncb/care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Syncb/sync Bank Luxury
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/walmart
Po Box 965024
Orlando, FL 32896-5024

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Township of Stowe and Sto-Rox School Distric
GRB Law
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh PA 15219-6101

UPMC Health Services
PO Box 1123
Minneapolis MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis MN 55440-1123

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Webbank/fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

Dante Condeluci
102 Caldwell Street
Mc Kees Rocks, PA 15136-2569

Glenn R. Bartifay
2009 Mackenzie Way
Suite 100
Cranberry Township, PA 16066-5338

Heather Condeluci
102 Caldwell Street
Mc Kees Rocks, PA 15136-2569

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO Box 7999
St Cloud, MN 56302-9617

Americredit Financial Services, Inc.
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

Bank Of America
Po Box 982238
El Paso, TX 79998

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

FLAGSTAR BANK, FSB
5151 CORPORATE DRIVE
TROY MI 48098

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FLAGSTAR BANK, FSB

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u)Idb Bank/grnsky/thd Lo

End of Label Matrix
Mailable recipients     51
Bypassed recipients      3
Total                   54