IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI ) | |
| ) | |
| Movants/Debtors, ) | |
| vs. ) | |
| ) | |
| FLAGSTAR BANK, FSB, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR LOSS MITIGATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Loss Mitigation filed on March 5, 2021, Doc. No. 56, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to local rule, Responses to the Motion were to be filed and served no later than March 19, 2021.

It is hereby respectfully requested that the Proposed Order filed on March 5, 2021, Doc. No. 56-2 be entered by the Court.

Dated: March 22, 2021         /s/ Glenn R. Bartifay
                              GLENN R. BARTIFAY, ESQUIRE
                              Pa. Id. No. 68763
                              Attorney for Movants/Debtors

                              BARTIFAY LAW OFFICES, P.C.
                              2009 Mackenzie Way, Suite 100
                              Cranberry Township, PA 16066
                              (412) 824-4011
                              gbartifay@bartifaylaw.com