IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI ) | |
| ) | |
| Movants/Debtors, ) | |
| vs. ) | |
| ) | |
| FLAGSTAR BANK, FSB, ) | |
| ) | |
| Respondent. ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Loss Mitigation Order entered on March 22, 2021, Doc. No. 67, was served on March 22, 2021 as follows:

By electronic mail addressed as follows:

Jerome B. Blank on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Maria Miksich on behalf of Creditor FLAGSTAR BANK, FSB, mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, FSB, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com


By first class mail addressed as follows:

Matthew Roslin, V.P.
Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098

Dated: <u>March 22, 2021</u>         <u>/s/ Glenn R. Bartifay</u>
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Counsel for Movants/Debtors

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com