IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | |
| ) | |
| Movants/Debtors, ) | |
| vs. ) | |
| ) | |
| EXETER FINANCE LLC, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order dated April 15, 2021, Doc. No. 76, was served on April 15, 2021 as follows:

By electronic notice, addressed as follows:

Jerome B. Blank on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company, kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT, jhunt@grblaw.com, cnoroski@grblaw.com

Maria Miksich on behalf of Creditor FLAGSTAR BANK, FSB, mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, FSB, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

1

Case 19-24089-GLT    Doc 77    Filed 04/15/21    Entered 04/15/21 16:31:24    Desc Main

By first class mail addressed to the parties in the attached mailing matrix and the following:

John Grubb, CEO
Exeter Finance LLC
P.O. Box 167399
Irving, TX 75016

| | |
|---|---|
| Dated: <u>April 15, 2021</u> | <u>/s/ Glenn R. Bartifay, Esquire</u> |
| | GLENN R BARTIFAY, ESQUIRE |
| | Pa. Id. No. 68763 |
| | Attorney for Movants/Debtors |
| | |
| | BARTIFAY LAW OFFICES, P.C. |
| | 2009 Mackenzie Way, Suite 100 |
| | Cranberry Township, PA 16066 |
| | (412) 824-4011 |
| | gbartifay@bartifaylaw.com |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24089-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Mar  1 15:58:04 EST 2021 | Americredit Financial Services, Inc. Dba GM<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096-3853 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRIC<br>GRB Law<br>437 Grant Street 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | ACAR Leasing LTD d/b/a/ GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | (p)AMERICREDIT FINANCIAL SERVICES DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 |
| Ascar Leasing<br>Po Box 183853<br>Arlington, TX 76096-3853 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Best Buy/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Carvana, LLC<br>PO Box 29002<br>Phoenix, AZ 85038-9002 | Carvana, LLC<br>PO Box 29018 Phoenix AZ 85038 | Chrysler Capital<br>Po Box 961275<br>Fort Worth, TX 76161-0275 |
| Dept Of Education/neln<br>Po Box 82561<br>Lincoln, NE 68501-2561 | District Court 05-0-03 440 Ross Street<br>Suite 5039<br>Pittsburgh, PA 15219 | District Court 05-2-43<br>5624 Stuebenville Pike<br>McKees Rocks, PA 15136-1416 |
| (p)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 | Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| Greensky, LLC/Home Depot Loan Services<br>1797 Northeast Expressway, Suite 100<br>Atlanta, GA 30329-2451 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lending Club<br>71 Stevenson Rd, Suite 300<br>San Francisco, CA 94105-2985 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding<br>320 E Big Beaver Rd Ste<br>Troy, MI 48083-1238 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |

```
Office of the United States Trustee      Onemain Financial                         Phelan, Hallinan, Diamond, & Jones, LLP
Liberty Center.                          Po Box 1010                               1617 JFK Boulevard
1001 Liberty Avenue, Suite 970           Evansville, IN 47706-1010                 Suite 1400
Pittsburgh, PA 15222-3721                                                          Attention: Peter Wapner, Esquire
                                                                                   Philadelphia, PA 19103-1814


Pinnacle Service Solutions LLC           Portfolio Recov Assoc                     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
4408 Milestrip Rd #247                   150 Corporate Blvd                        PO BOX 41067
Blasdell NY 14219-2553                   Norfolk, VA 23502-4952                    NORFOLK VA 23541-1067


Quantum3 Group LLC as agent for          Santander Consumer USA                    Syncb/bp
Velocity Investments LLC                 P.O.Box 961278                            C/o Po Box 965024
PO Box 788                               Fort Worth, TX 76161-0278                 Orlando, FL 32896-0001
Kirkland, WA  98083-0788


Syncb/care Credit                        Syncb/sync Bank Luxury                    Syncb/walmart
950 Forrer Blvd                          C/o Po Box 965036                         Po Box 965024
Kettering, OH 45420-1469                 Orlando, FL 32896-0001                    Orlando, FL 32896-5024


Synchrony Bank                           Township of Stowe and Sto-Rox School Distric   UPMC Health Services
c/o of PRA Receivables Management, LLC   GRB Law                                   PO Box 1123
PO Box 41021                             c/o Jeffrey R. Hunt, Esquire              Minneapolis MN 55440-1123
Norfolk, VA 23541-1021                   437 Grant Street, 14th Floor
                                         Frick Building
                                         Pittsburgh PA 15219-6101


UPMC Physician Services                  Verizon                                   Webbank/fingerhut
PO Box 1123                              by American InfoSource as agent           6250 Ridgewood Road
Minneapolis MN 55440-1123                PO Box 4457                               Saint Cloud, MN 56303-0820
                                         Houston, TX  77210-4457


Dante Condeluci                          Glenn R. Bartifay                         Heather Condeluci
102 Caldwell Street                      2009 Mackenzie Way                        102 Caldwell Street
Mc Kees Rocks, PA 15136-2569             Suite 100                                 Mc Kees Rocks, PA 15136-2569
                                         Cranberry Township, PA 16066-5338


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems, LLC           Americredit Financial Services, Inc.      Bank Of America
PO Box 7999                              Dba GM Financial                          Po Box 982238
St Cloud, MN 56302-9617                  P.O Box 183853                            El Paso, TX 79998
                                         Arlington, TX 76096
```

```
Capital One Bank Usa N          FLAGSTAR BANK, FSB              (d)Jefferson Capital Systems LLC
15000 Capital One Dr            5151 CORPORATE DRIVE             Po Box 7999
Richmond, VA 23238              TROY MI 48098                    Saint Cloud Mn 56302-9617


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)FLAGSTAR BANK, FSB            (d)Duquesne Light Company        (u)Idb Bank/grnsky/thd Lo
                                 c/o Bernstein-Burkley, P.C.
                                 707 Grant St., Suite 2200, Gulf Tower
                                 Pittsburgh, PA 15219-1945


End of Label Matrix
Mailable recipients    51
Bypassed recipients     3
Total                  54
```