IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and | ) | |
| HEATHER CONDELUCI, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| DANTE CONDELUCI and | ) | |
| HEATHER CONDELUCI, | ) | |
| | ) | |
| Movants/Debtors, | ) | |
| vs. | ) | |
| | ) | |
| FLAGSTAR BANK, FSB, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Interim Mortgage Modification Order dated July 6, 2021, Doc. No. 88 was served on July 6, 2021 as follows:

By electronic mail addressed as follows:

Jerome B. Blank on behalf of Creditor FLAGSTAR BANK, FSB,
pawb@fedphe.com

Maria Miksich on behalf of Creditor FLAGSTAR BANK, FSB,
mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, FSB,
bnicholas@kmllawgroup.com

Thomas Song on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com;
LMP@chapter13trusteewdpa.com

By first class mail addressed as follows:

Matthew Roslin, V.P.
Flagstar Bank, FSB
5151 Corporate Drive
Troy, MI 48098

Dated: July 6, 2021                    /s/ Glenn R. Bartifay
                                       GLENN R. BARTIFAY, ESQUIRE
                                       Pa. Id. No. 68763
                                       Counsel for Movants/Debtors

                                       BARTIFAY LAW OFFICES, P.C.
                                       2009 Mackenzie Way, Suite 100
                                       Cranberry Township, PA 16066
                                       (412) 824-4011
                                       gbartifay@bartifaylaw.com