**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/23/21 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.:  19-24089-GLT |
| | : | Chapter:  13 |
| Dante Condeluci | : | |
| Heather Condeluci | : | |
| | : | Date:  9/22/2021 |
| *Debtor(s).* | : | Time:  11:00 |

**PROCEEDING MEMO**

**MATTER:**   #82 - Status Conference on Loss Mitigation
[Status Report due 9-11-2021]

**APPEARANCES**:

Debtor:   Glenn R. Bartifay
Trustee:   Owen Katz
Creditor (Flag Star):  Maria Miksich

**NOTES: [11:02am]**
Court: Have all required trial payments been made?

Miksich: Yes, only short by $.06. Final loan modification documents should be issued shortly.
   -Should be provided within 30 days
   -Counsel asks for 45 days to issue the loan (expectation of the court)

Bartifay: Discrepancy between parties of about $2,000
-Debtor to file motion to approve within 60 days
-Loss Mitigation Period is extended for 90 days

**OUTCOME:**

1. The status conference is concluded. [DB to issue text order stating "After consideration of the representations made at the September 22, 2021 status conference, it is hereby ORDERED, ADJUDGED, and DECREED that: (1) On or before November 8, 2021, Flag Star shall tender all final loan modification documents to the Debtor;   (2) To the extent the Debtor accepts the loan modification offer, then on or before November 22, 2021, Debtor shall file a motion seeking approval of the loan modification agreement; and (3) the loss mitigation period is extended through December 31, 2021. "]

**DATED:** 9/22/2021