FILED
9/27/25 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | Related to Docket No. 100 |
| ) | |
| Movants/Debtors, ) | |
| vs. ) | |
| ) | |
| FLAGSTAR BANK, FSB, ) | |
| ) | |
| Respondent. ) | |

## ORDER

A *Loss Mitigation Order* dated March 22, 2021 was entered in the above matter at Document No. 67. On September 15, 2021, a **Motion to Extend the Loss Mitigation Period** was filed by Movants Dante Condeluci and Heather Condeluci ("Debtors").

*AND NOW*, this  27th Day of September , 2021, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Loss Mitigation Period is ***extended up to and including*** December 31, 2021   **On or before** January 7, 2022 , Debtors shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

GREGORY L. TADDONIO,
United States Bankruptcy Court

**PAWB Local Form 43 (04/14)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-24089-GLT

Dante Condeluci  Chapter 13

Heather Condeluci

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dpas  Page 1 of 2
Date Rcvd: Sep 27, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Dante Condeluci, Heather Condeluci, 102 Caldwell Street, Mc Kees Rocks, PA 15136-2569

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com

Glenn R. Bartifay
    on behalf of Joint Debtor Heather Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
    on behalf of Debtor Dante Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jeffrey R. Hunt
    on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT jhunt@grblaw.com

Jerome B. Blank

District/off: 0315-2    User: dpas    Page 2 of 2
Date Rcvd: Sep 27, 2021    Form ID: pdf900    Total Noticed: 1

on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor FLAGSTAR BANK  FSB mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com

TOTAL: 11