IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | )   BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and | ) |
| HEATHER CONDELUCI, | )   CHAPTER 13 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| DANTE CONDELUCI and | ) |
| HEATHER CONDELUCI, | ) |
| | ) |
| Movants/Debtors, | ) |
| vs. | ) |
| | ) |
| FLAGSTAR BANK, FSB, | ) |
| | ) |
| Respondent. | ) |

**<u>CERTIFICATION OF NO OBJECTION REGARDING AMENDED MOTION TO APPROVE FINAL MORTGAGE MODIFICATION AGREEMENT</u>**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on October 14, 2021, Doc. No. 111, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing filed on October 14, 2021, Doc. No. 112, Responses to the Motion were to be filed and served no later than November 1, 2021.

    It is hereby respectfully requested that the Proposed Order filed on October 14, 2021, Doc. No. 111-3 be entered by the Court.

Dated: <u>November 2, 2021</u>          <u>/s/ Glenn R. Bartifay</u>
                                                    GLENN R. BARTIFAY, ESQUIRE
                                                    Pa. Id. No. 68763
                                                    Attorney for Movant/Debtor

                                                    BARTIFAY LAW OFFICES, P.C.
                                                    2009 Mackenzie Way, Suite 100
                                                    Cranberry Township, PA 16066
                                                    (412) 824-4011
                                                    [gbartifay@bartifaylaw.com](mailto:gbartifay@bartifaylaw.com)