IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKRUPTCY NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI ) | |
| ) | CHAPTER 13 |
| Debtors. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Applicant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR APPROVAL OF ATTORNEY FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval of Attorney Fees filed on April 20, 2022, Doc. No. 118, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing on Professional Fees filed on April 21, 2022, Doc. No. 121, Responses to the Application were to be filed and served no later than May 9, 2022.

It is hereby respectfully requested that the Proposed Order filed on April 20, 2022, Doc. No. 118-3, be entered by the Court.

Dated: May 10, 2022          /s/ Glenn R. Bartifay
                             GLENN R. BARTIFAY, ESQUIRE
                             Pa. Id. No. 68763
                             Attorney for Applicant

                             BARTIFAY LAW OFFICES, P.C.
                             2009 Mackenzie Way, Suite 100
                             Cranberry Township, PA 16066
                             (412) 824-4011
                             gbartifay@bartifaylaw.com