FILED
5/12/22 9:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKRUPTCY NO. 19-24089-GLT |
| DANTE CONDELUCI and | ) | |
| HEATHER CONDELUCI, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| GLENN R. BARTIFAY, ESQUIRE, | ) | |
| and BARTIFAY LAW OFFICES, P.C., | ) | Related to Docket No. 118 |
| | ) | |
| Applicant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONDA WINNECOUR, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

AND NOW, this ____ 12th Day of May _____, 2022, it is hereby
ordered that the Application for Approval of Attorney Fees filed by Applicant Glenn R. Bartifay,
Esquire, and Bartifay Law Offices, P.C. is granted, that attorney fees are approved for Applicant
for services provided as indicated in the Application in the amount of $8,500.00, and that the
Chapter 13 Trustee shall disburse said attorney fees to Applicant as provided in the Confirmed
Amended Plan dated August 4, 2021 in the amount of $8,436.00.

The Clerk Shall Record the Total Award
of Compensation in the amount of
$8,436.00

GREGORY L. TADDONIO,
United States Bankruptcy Court

**ENTERED BY DEFAULT**

Additional fees may be paid through the Chapter 13 plan
provided that debtor(s) amend the plan within 14 days
after the application for fees is allowed to increase the
plan payment sufficiently to include those fees. The fees
must be paid from debtor(s) resources without decreasing
the percentage or amount to be paid to other creditors
through the plan.

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-24089-GLT

Dante Condeluci Chapter 13

Heather Condeluci

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2

Date Rcvd: May 12, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Dante Condeluci, Heather Condeluci, 102 Caldwell Street, Mc Kees Rocks, PA 15136-2569 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Dante Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Heather Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT jhunt@grblaw.com |

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: May 12, 2022

Form ID: pdf900

Total Noticed: 1

Jerome B. Blank
on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
on behalf of Creditor FLAGSTAR BANK  FSB mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com


TOTAL: 12