IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | |
| ) | |
| Movants/Debtors, ) | |
| vs. ) | |
| ) | |
| RONDA J. WINNECOUR, Chapter 13 ) | |
| Trustee, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that true and correct copy of the Order dated October 19, 2022, Doc. No. 129 was served on October 20, 2022 addressed as follows:

By electronic notice addressed as follows:

Jerome B. Blank on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

Keri P. Ebeck on behalf of Creditor Duquesne Light Company
kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Jeffrey R. Hunt on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT, jhunt@grblaw.com

Maria Miksich on behalf of Creditor FLAGSTAR BANK, FSB, mmiksich@kmllawgroup.com

Brian Nicholas on behalf of Creditor FLAGSTAR BANK, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Thomas Song on behalf of Creditor FLAGSTAR BANK, FSB, pawb@fedphe.com

1

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By first class mail addressed to the parties in the attached mailing matrix.

Dated: October 20, 2022          /s/ Glenn R. Bartifay, Esquire
GLENN R BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movants/Debtors

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com

```
Label Matrix for local noticing          Americredit Financial Services, Inc. dba GM    Duquesne Light Company
0315-2                                   Dba GM Financial                               c/o Bernstein-Burkley, P.C.
Case 19-24089-GLT                        P.O Box 183853                                 707 Grant Street, Suite 2200, Gulf Tower
WESTERN DISTRICT OF PENNSYLVANIA         Arlington, TX 76096-3853                       Pittsburgh, PA 15219-1945
Pittsburgh
Thu Aug  5 17:41:03 EDT 2021

(p)JEFFERSON CAPITAL SYSTEMS LLC         PRA Receivables Management, LLC                TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRIC
PO BOX 7999                              PO Box 41021                                   GRB Law
SAINT CLOUD MN 56302-7999                Norfolk, VA 23541-1021                         437 Grant Street 14th Floor
                                                                                        Frick Building
                                                                                        Pittsburgh, PA 15219-6101

2                                        ACAR Leasing LTD d/b/a/ GM Financial Leasing   American Credit Acceptance LLC
U.S. Bankruptcy Court                    PO Box 183853                                  P.O. Box 204531
5414 U.S. Steel Tower                    Arlington, TX 76096-3853                       Dallas, TX 75320-4531
600 Grant Street
Pittsburgh, PA 15219-2703

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN   Ascar Leasing                           (p)BANK OF AMERICA
PO BOX 183853                            Po Box 183853                                  PO BOX 982238
ARLINGTON TX 76096-3853                  Arlington, TX 76096-3853                       EL PASO TX 79998-2238

Bank of America, N.A.                    Best Buy/cbna                                  Capital One Bank (USA), N.A.
P O Box 982284                           Po Box 6497                                    by American InfoSource as agent
El Paso, TX 79998-2284                   Sioux Falls, SD 57117-6497                     PO Box 71083
                                                                                        Charlotte, NC  28272-1083

(p)CAPITAL ONE                           Carvana, LLC                                   Carvana, LLC
PO BOX 30285                             PO Box 29002                                   PO Box 29018 Phoenix AZ 85038
SALT LAKE CITY UT 84130-0285             Phoenix, AZ 85038-9002

Chrysler Capital                         Dept Of Education/neln                         District Court 05-0-03 440 Ross Street
Po Box 961275                            Po Box 82561                                   Suite 5039
Fort Worth, TX 76161-0275                Lincoln, NE 68501-2561                         Pittsburgh, PA 15219

District Court 05-2-43                   (p)FLAGSTAR BANK FSB                           Flagstar Bank
5624 Stuebenville Pike                   5151 CORPORATE DRIVE                           5151 Corporate Drive
McKees Rocks, PA 15136-1416              MAIL STOP E 115 3                              Troy, MI 48098-2639
                                         TROY MI 48098-2639

Gm Financial                             Greensky, LLC/Home Depot Loan Services         LVNV Funding, LLC
Po Box 181145                            1797 Northeast Expressway, Suite 100           Resurgent Capital Services
Arlington, TX 76096-1145                 Atlanta, GA 30329-2451                         PO Box 10587
                                                                                        Greenville, SC 29603-0587

Lending Club                             Midland Credit Management, Inc.                Midland Funding
71 Stevenson Rd, Suite 300               PO Box 2037                                    320 E Big Beaver Rd Ste
San Francisco, CA 94105-2985             Warren, MI 48090-2037                          Troy, MI 48083-1238
```

| | | |
|---|---|---|
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Onemain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| Phelan, Hallinan, Diamond, & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Attention: Peter Wapner, Esquire<br>Philadelphia, PA 19103-1814 | Pinnacle Service Solutions LLC<br>4408 Milestrip Rd #247<br>Blasdell NY 14219-2553 | Portfolio Recov Assoc<br>150 Corporate Blvd<br>Norfolk, VA 23502-4952 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Santander Consumer USA<br>P.O.Box 961278<br>Fort Worth, TX 76161-0278 |
| Syncb/bp<br>C/o Po Box 965024<br>Orlando, FL 32896-0001 | Syncb/care Credit<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Syncb/sync Bank Luxury<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Township of Stowe and Sto-Rox School Distric<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 |
| UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Webbank/fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Dante Condeluci<br>102 Caldwell Street<br>Mc Kees Rocks, PA 15136-2569 | Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066-5338 |
| Heather Condeluci<br>102 Caldwell Street<br>Mc Kees Rocks, PA 15136-2569 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems, LLC<br>PO Box 7999<br>St Cloud, MN 56302-9617 | Americredit Financial Services, Inc.<br>Dba GM Financial<br>P.O Box 183853<br>Arlington, TX 76096 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998 |

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | FLAGSTAR BANK, FSB<br>5151 CORPORATE DRIVE<br>TROY MI 48098 | (d)Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FLAGSTAR BANK | (u)FLAGSTAR BANK, FSB | (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 |
| (u)Idb Bank/grnsky/thd Lo | End of Label Matrix<br>Mailable recipients   52<br>Bypassed recipients    4<br>Total                 56 | |