| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Dante Condeluci<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3226<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Heather Condeluci<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8059<br>__–_____ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13  10/21/19 |
| Case number: | 19–24089–GLT | Date case converted to chapter: | 7  10/19/22 |

## Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dante Condeluci | Heather Condeluci |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 102 Caldwell Street<br>Mc Kees Rocks, PA 15136 | 102 Caldwell Street<br>Mc Kees Rocks, PA 15136 |
| 4. | **Debtor's attorney**<br>Name and address | Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066 | Contact phone 412–824–4011<br>Email: gbartifay@bartifaylaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey J. Sikirica<br>Jeffrey J Sikirica, ESQ<br>PO Box 13426<br>Pittsburgh, PA 15243 | Contact phone 724–625–2566<br>Email: TrusteeSikirica@gmail.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/19/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 21, 2022 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**           **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/20/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/28/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/20/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24089-GLT |
| Dante Condeluci | Chapter 7 |
| Heather Condeluci | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 19, 2022 | Form ID: 309B | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dante Condeluci, Heather Condeluci, 102 Caldwell Street, Mc Kees Rocks, PA 15136-2569 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Jeffrey R. Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | + | Jerome B. Blank, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | Maria Miksich, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Thomas Song, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| tr | + | Jeffrey J. Sikirica, Jeffrey J Sikirica, ESQ, PO Box 13426, Pittsburgh, PA 15243-0426 |
| cr | | TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15165634 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15163158 | | District Court 05-0-03 440 Ross Street, Suite 5039, Pittsburgh, PA 15219 |
| 15163159 | + | District Court 05-2-43, 5624 Stuebenville Pike, McKees Rocks, PA 15136-1416 |
| 15142742 | + | Phelan, Hallinan, Diamond, & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Attention: Peter Wapner, Esquire, Philadelphia, PA 19103-1814 |
| 15183374 | + | Township of Stowe and Sto-Rox School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: gbartifay@bartifaylaw.com | Oct 19 2022 23:50:00 | Glenn R. Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066 |
| smg | EDI: PENNDEPTREV | Oct 20 2022 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Oct 20 2022 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2022 23:51:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 19 2022 23:51:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + EDI: PHINAMERI.COM | Oct 20 2022 03:53:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, |

Case 19-24089-GLT   Doc 140   Filed 10/21/22   Entered 10/22/22 00:25:47   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: 309B | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | Arlington, TX 76096-3853 |
| cr | | EDI: JEFFERSONCAP.COM | Oct 20 2022 03:53:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 20 2022 03:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15151921 | + | EDI: PHINAMERI.COM | Oct 20 2022 03:53:00 | ACAR Leasing LTD d/b/a/ GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282514 | | EDI: PHINAMERI.COM | Oct 20 2022 03:53:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15400670 | + | Email/Text: bankruptcy@acacceptance.com | Oct 19 2022 23:51:00 | American Credit Acceptance LLC, P.O. Box 204531, Dallas, TX 75320-4531 |
| 15163157 | + | EDI: PHINAMERI.COM | Oct 20 2022 03:53:00 | Ascar Leasing, Po Box 183853, Arlington, TX 76096-3853 |
| 15142731 | + | EDI: BANKAMER.COM | Oct 20 2022 03:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15169631 | + | EDI: BANKAMER2.COM | Oct 20 2022 03:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15142732 | + | EDI: CITICORP.COM | Oct 20 2022 03:53:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15142733 | | EDI: CAPITALONE.COM | Oct 20 2022 03:53:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15151917 | | EDI: CAPITALONE.COM | Oct 20 2022 03:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15142734 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 19 2022 23:51:00 | Carvana, LLC, PO Box 29002, Phoenix, AZ 85038-9002 |
| 15142735 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 19 2022 23:51:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15142736 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 19 2022 23:51:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15176051 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 19 2022 23:51:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15171394 | | Email/Text: cashiering-administrationservices@flagstar.com | Oct 19 2022 23:51:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098 |
| 15142737 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 19 2022 23:51:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15142738 | + | EDI: PHINAMERI.COM | Oct 20 2022 03:53:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15174982 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 19 2022 23:50:00 | Greensky, LLC/Home Depot Loan Services, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15174685 | | EDI: JEFFERSONCAP.COM | Oct 20 2022 03:53:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15175468 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 23:57:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15163161 | + | Email/Text: bk@lendingclub.com | Oct 19 2022 23:51:00 | Lending Club, 71 Stevenson Rd, Suite 300, San Francisco, CA 94105-2985 |
| 15173916 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 23:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15142740 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 23:51:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MI 48083-1238 |
| 15171003 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 19 2022 23:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15142741 | + | EDI: AGFINANCE.COM | Oct 20 2022 03:53:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15168027 | | EDI: PRA.COM | Oct 20 2022 03:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15151181 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 23:57:17 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 15142743 | + | EDI: PRA.COM | Oct 20 2022 03:53:00 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15172055 | | EDI: Q3G.COM | Oct 20 2022 03:53:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163160 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 19 2022 23:51:00 | Santander Consumer USA, P.O.Box 961278, Fort Worth, TX 76161-0278 |
| 15142744 | + | EDI: RMSC.COM | Oct 20 2022 03:53:00 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15142745 | + | EDI: RMSC.COM | Oct 20 2022 03:53:00 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 15142746 | + | EDI: RMSC.COM | Oct 20 2022 03:53:00 | Syncb/sync Bank Luxury, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15142747 | + | EDI: RMSC.COM | Oct 20 2022 03:53:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15143360 | + | EDI: RMSC.COM | Oct 20 2022 03:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15169901 | ^ | MEBN | Oct 19 2022 23:47:38 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15169899 | ^ | MEBN | Oct 19 2022 23:47:35 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15173785 | | EDI: AIS.COM | Oct 20 2022 03:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15142748 | + | EDI: BLUESTEM | Oct 20 2022 03:53:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK |
| cr | | FLAGSTAR BANK, FSB |
| 15142739 | | Idb Bank/grnsky/thd Lo |
| aty | *+ | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15165642 | * | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022           Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Heather Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Dante Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor FLAGSTAR BANK  FSB mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com |

TOTAL: 13