IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO.  19-24089-GLT |
| DANTE CONDELUCI and | ) | |
| HEATHER CONDELUCI, | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |

RULE 1019 CONVERSION REPORT

SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF
THE CHAPTER 13 CASE AND BEFORE CONVERSION PER BANKRUPTCY
RULE 1019(5)(B)(I)

American Credit Acceptance LLC
P.O. Box 204531
Dallas, TX 75320-4531
Acct. No. 90124127068
$19,912.90, June 4, 2021, Debtor Wife, automobile loan

STATEMENTS AND SCHEDULES REQUIRED BY BANKRUPTCY RULES
1019(1)(A) AND 1007(b) NOT FILED WITH THE CHAPTER 13 CASE

None.

SCHEDULE OF ALL PROPERTY NOT LISTED IN THE FINAL REPORT AND
ACCOUNT OF THE CHAPTER 13 TRUSTEE WHICH WAS ACQUIRED AFTER
THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE THE ENTRY
OF THE CONVERSION ORDER

2015 BMW X3 Series, Low Mileage, Debtor Wife, excellent condition, purchased June
4, 2021 for $19,912.90, located at 102 Caldwell Street, McKees Rocks, PA 15136.

SCHEDULE OF UNPAID DEBTS NOT LISTED IN CHAPTER 13 TRUSTEE'S
FINAL REPORT AND ACCOUNT PER BANKRUPTCY RULE 1019(5)(C)(ii)

None.

<u>SCHEDULE OF EXECUTORY CONTRACTS ENTERED INTO OR ASSUMED
AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE
ENTRY OF THE CONVERSION ORDER</u>

None.


Dated: <u>November 2, 2022</u>                    <u>/s/ Glenn R. Bartifay</u>
                                        GLENN R. BARTIFAY, ESQUIRE
                                        Pa. Id. No. 68763
                                        Attorney for Debtors

                                        BARTIFAY LAW OFFICES, P.C.
                                        2009 Mackenzie Way, Suite 100
                                        Cranberry Township, PA 16066
                                        (412) 824-4011
                                        gbartifay@bartifaylaw.com


Declaration Under Penalty of Perjury by Individual Debtors

        We declare under penalty of perjury that we have read the within pleading, and that
it is true and correct to the best of our knowledge, information, and belief.

Dated: <u>November 2, 2022</u>        Signature:    <u>/s/ Dante Condeluci</u>
                                        DANTE CONDELUCI,
                                        Movant/Debtor


Dated: <u>November 2, 2022</u>        Signature:    <u>/s/ Heather Condeluci</u>
                                        HEATHER CONDELUCI,
                                        Movant/Joint-Debtor

2