IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and | ) | |
| HEATHER CONDELUCI | ) | CHAPTER 7 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the within pleading was served on November 2, 2022 as follows:

By electronic notice, addressed as follows:

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com


By regular mail, addressed as follows:

American Credit Acceptance LLC
Att: James Johnson, Account Manager
P.O. Box 204531
Dallas, TX 75320-4531



Dated: November 2, 2022          /s/ Glenn R. Bartifay
                                 GLENN R. BARTIFAY, ESQUIRE
                                 Pa. Id. No. 316860
                                 Counsel for Debtors

                                 BARTIFAY LAW OFFICES, P.C.
                                 2009 Mackenzie Way, Suite 100
                                 Cranberry Township, PA 16066
                                 (412) 824-4011
                                 gbartifay@bartifaylaw.com