IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24089-GLT |
| DANTE CONDELUCI and ) | |
| HEATHER CONDELUCI, ) | |
| ) | CHAPTER 7 |
| Debtors. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELEASE OF FUNDS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Release of Funds filed on October 21, 2022, Doc. No. 136, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing filed on October 21, 2022, Doc. No. 137, Responses to the Motion were to be filed and served no later than November 8, 2022.

It is hereby respectfully requested that the Proposed Order filed on October 21, 2022, Doc. No. 136-2, be entered by the Court.

Dated: November 9, 2022          /s/ Glenn R. Bartifay
                                  GLENN R. BARTIFAY, ESQUIRE
                                  Pa. Id. No. 68763
                                  Attorney for Movant

                                  BARTIFAY LAW OFFICES, P.C.
                                  2009 Mackenzie Way, Suite 100
                                  Cranberry Township, PA 16066
                                  (412) 824-4011
                                  gbartifay@bartifaylaw.com