**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DANTE CONDELUCI<br>HEATHER CONDELUCI<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-24089 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 10/21/2019 and confirmed on 01/14/2020 . The case was subsequently　　(D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 73,213.56 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 73,213.56 |
| | | |
| Administrative Fees | | |
| 　　Filing Fee | 0.00 | |
| 　　Notice Fee | 0.00 | |
| 　　Attorney Fee | 5,310.89 | |
| 　　Trustee Fee | 3,156.70 | |
| 　　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,467.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| 　　FLAGSTAR BANK FSB<br>　　　　Acct: 9306 | 14,950.14 | 14,950.14 | 0.00 | 14,950.14 |
| 　　FLAGSTAR BANK FSB<br>　　　　Acct: 9306 | 8,602.78 | 8,602.78 | 0.00 | 8,602.78 |
| 　　FLAGSTAR BANK FSB<br>　　　　Acct: 9306 | 0.00 | 12,223.06 | 0.00 | 12,223.06 |
| 　　FLAGSTAR BANK FSB<br>　　　　Acct: 9306 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　JEFFERSON CAPITAL SYSTEMS LLC*<br>　　　　Acct: 6104 | 23,425.12 | 10,999.41 | 3,502.23 | 14,501.64 |
| 　　SANTANDER CONSUMER USA D/B/A CHR<br>　　　　Acct: 7782 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 50,277.62 |
| Priority | | | | |
| 　　GLENN R BARTIFAY ESQ<br>　　　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　DANTE CONDELUCI<br>　　　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| BARTIFAY LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLENN R BARTIFAY ESQ | 3,936.00 | 3,910.58 | 0.00 | 0.00 |
| Acct: | | | | |
| GLENN R BARTIFAY ESQ | 1,400.31 | 1,400.31 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-22 | | | | |
| GLENN R BARTIFAY ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 6,633.06 | 6,587.23 | 0.00 | 6,587.23 |
| Acct: 2897 | | | | |
| STO-ROX SD & STOWE TWP (EIT) | 715.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3226 | | | | |
| FLAGSTAR BANK FSB | 1,450.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9306 | | | | |
| EXETER FINANCE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN CREDIT ACCEPTANCE | 0.00 | 7,881.12 | 0.00 | 7,881.12 |
| Acct: 7068 | | | | |
| | | | | 14,468.35 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 10,435.24 | 0.00 | 0.00 | 0.00 |
| Acct: 1559 | | | | |
| BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9407 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC. | 1,122.68 | 0.00 | 0.00 | 0.00 |
| Acct: 1344 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3461 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3561 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7559 | | | | |
| US DEPARTMENT OF EDUCATION - NELN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7459 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3226 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3226 | | | | |
| HOME DEPOT LOAN SERVICES | 6,147.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7195 | | | | |
| QUANTUM3 GROUP LLC AGENT - VELOCI | 8,405.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0454 | | | | |
| MIDLAND FUNDING LLC | 794.50 | 0.00 | 0.00 | 0.00 |
| Acct: 7524 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3015 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,792.58 | 0.00 | 0.00 | 0.00 |
| Acct: 6949 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0102 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4394 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2663 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5108 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,166.19 | 0.00 | 0.00 | 0.00 |
| Acct: 6743 | | | | |

| 19-24089 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     LVNV FUNDING LLC, ASSIGNEE | 86.12 | 0.00 | 0.00 | 0.00 |
|       Acct: 5939 | | | | |
|     UPMC PHYSICIAN SERVICES | 1,128.45 | 0.00 | 0.00 | 0.00 |
|       Acct: 8059 | | | | |
|     UPMC HEALTH SERVICES | 4,226.22 | 0.00 | 0.00 | 0.00 |
|       Acct: 8059 | | | | |
|     PINNACLE SERVICE SOLUTIONS LCC | 496.30 | 0.00 | 0.00 | 0.00 |
|       Acct: 5227 | | | | |
|     SANTANDER CONSUMER USA D/B/A CHR\* | 5,421.37 | 0.00 | 0.00 | 0.00 |
|       Acct: 7782 | | | | |
|     MIDLAND CREDIT MANAGEMENT INC | 1,297.05 | 0.00 | 0.00 | 0.00 |
|       Acct: 6610 | | | | |
|     MIDLAND CREDIT MANAGEMENT INC | 1,476.28 | 0.00 | 0.00 | 0.00 |
|       Acct: 4650 | | | | |
|     VERIZON BY AMERICAN INFOSOURCE - A | 553.09 | 0.00 | 0.00 | 0.00 |
|       Acct: 0001 | | | | |
|     DUQUESNE LIGHT COMPANY(*) | 798.77 | 0.00 | 0.00 | 0.00 |
|       Acct: 3699 | | | | |
|     BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 6743 | | | | |
|     PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |

\*\*\*NONE\*\*\*

| TOTAL PAID TO CREDITORS | | 64,745.97 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 8,798.06 | |
| SECURED | 46,978.04 | |
| UNSECURED | 46.347.16 | |

Date: 11/29/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com