**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　DANTE CONDELUCI<br>　　HEATHER CONDELUCI<br>　　　　Debtor(s) | Case No. 19-24089GLT |

**CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT**

　　Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/21/2019.

2) The plan was confirmed on 01/14/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/12/2020, 04/15/2021, 04/15/2021, 10/01/2021.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/13/2021.

5) The case was converted on 10/19/2022.

6) Number of months from filing or conversion to last payment: 0.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,068.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $73,213.56 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $73,213.56

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,310.89 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,156.70 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $8,467.59

Attorney fees paid and disclosed by debtor:   $64.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACAR LEASING LTD D/B/A GM FINAN | Priority | 6,633.06 | 6,633.06 | 6,633.06 | 6,587.23 | 0.00 |
| AMERICAN CREDIT ACCEPTANCE | Priority | NA | NA | NA | 7,881.12 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 10,435.00 | 10,435.24 | 10,435.24 | 0.00 | 0.00 |
| BBY/CBNA | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AM | Unsecured | 1,122.00 | 1,122.68 | 1,122.68 | 0.00 | 0.00 |
| DISTRICT COURT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISTRICT COURT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*) | Unsecured | NA | 798.77 | 798.77 | 0.00 | 0.00 |
| EXETER FINANCE LLC(*) | Priority | NA | NA | NA | 0.00 | 0.00 |
| FLAGSTAR BANK FSB | Priority | 0.00 | 1,450.00 | 1,450.00 | 0.00 | 0.00 |
| FLAGSTAR BANK FSB | Secured | 182,332.00 | 185,825.62 | 14,950.14 | 14,950.14 | 0.00 |
| FLAGSTAR BANK FSB | Secured | NA | 0.00 | 8,602.78 | 8,602.78 | 0.00 |
| FLAGSTAR BANK FSB | Secured | NA | 0.00 | 0.00 | 12,223.06 | 0.00 |
| FLAGSTAR BANK FSB | Secured | 0.00 | 19,224.66 | 0.00 | 0.00 | 0.00 |
| HOME DEPOT LOAN SERVICES | Unsecured | 6,147.00 | 6,147.00 | 6,147.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Secured | 22,700.00 | 23,425.12 | 23,425.12 | 10,999.41 | 3,502.23 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | 1,204.00 | 1,166.19 | 1,166.19 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 86.00 | 86.12 | 86.12 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 1,297.05 | 1,297.05 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | NA | 1,476.28 | 1,476.28 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 795.00 | 794.50 | 794.50 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE SERVICE SOLUTIONS LCC | Unsecured | NA | 496.30 | 496.30 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,793.00 | 2,792.58 | 2,792.58 | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 2,461.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGENT - VE | Unsecured | 0.00 | 8,405.32 | 8,405.32 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A | Unsecured | 0.00 | 5,421.37 | 5,421.37 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA D/B/A | Secured | 16,339.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| STO-ROX SD & STOWE TWP (EIT) | Priority | NA | 715.00 | 715.00 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,031.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SYNCHRONY BANK | Unsecured | 1,041.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 4,226.22 | 4,226.22 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 1,128.45 | 1,128.45 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 8,808.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 6,025.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 1,863.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - N | Unsecured | 1,116.00 | NA | NA | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 553.09 | 553.09 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $23,552.92 | $35,775.98 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,425.12 | $10,999.41 | $3,502.23 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$46,978.04** | **$46,775.39** | **$3,502.23** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,798.06 | $14,468.35 | $0.00 |
| **TOTAL PRIORITY:** | **$8,798.06** | **$14,468.35** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$46,347.16** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,467.59 |
| Disbursements to Creditors | $64,745.97 |
| **TOTAL DISBURSEMENTS:** | **$73,213.56** |

**UST Form 101-13-FR-S (09/01/2009)**

     12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/29/2022                       By: /s/ Ronda J. Winnecour
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**