# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dante Condeluci<br>Heather Condeluci<br>                      **Debtor(s)**<br><br>FLAGSTAR BANK FSB<br>                      **Movant**<br><br>vs.<br><br>Dante Condeluci<br>Heather Condeluci<br>                      **Debtor(s)**<br><br>Jeffrey J. Sikirica,<br>                      **Trustee** | BK NO. 19-24089 GLT<br><br>Chapter 7<br><br>Related to Docket No. 157 |

## CERTIFICATE OF SERVICE
## DEFAULT ORDER ON MOTION FOR RELIEF FROM STAY

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 22, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dante Condeluci
102 Caldwell Street
Mc Kees Rocks, PA 15136

Heather Condeluci
102 Caldwell Street
Mc Kees Rocks, PA 15136

Attorney for Debtor(s)
Glenn R. Bartifay, Esquire
2009 Mackenzie Way
Suite 100
Cranberry TWP, PA 16066

Trustee
Jeffrey J. Sikirica
PO Box 13426
Pittsburgh, PA 15243

Method of Service: electronic means or first class mail

Dated: December 22, 2022

                                                              **/s/Brian C. Nicholas Esquire**
                                                              Brian C. Nicholas Esquire
                                                              Attorney I.D. 317240
                                                              KML Law Group, P.C.
                                                              BNY Mellon Independence Center
                                                              701 Market Street, Suite 5000
                                                              Philadelphia, PA 19106
                                                              201-549-5366
                                                              bnicholad@kmllawgroup.com