FILED
12/21/22 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dante Condeluci<br>Heather Condeluci<br><br>              Debtor(s) | BK. NO. 19-24089 GLT<br><br>CHAPTER 7 |
| FLAGSTAR BANK FSB,<br>its successors and/or assigns<br><br>              Movant<br>      v.<br>Dante Condeluci<br>Heather Condeluci<br><br>              Respondent(s)<br>        and<br>Jeffrey J. Sikirica, Trustee<br><br>              Additional Respondent | Related to Docket No. 152 |

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This 21st Day of December , 2022, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 102 Caldwell Street, Mc Kees Rocks, PA 15136.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Brian C. Nicholas, Esquire
bnicholas@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 412-430-3594
Attorney for Movant/Applicant

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24089-GLT |
| Dante Condeluci | Chapter 7 |
| Heather Condeluci | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 21, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

**Recip ID                    Recipient Name and Address**
db/jdb                    + Dante Condeluci, Heather Condeluci, 102 Caldwell Street, Mc Kees Rocks, PA 15136-2569

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Dante Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Heather Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeffrey J. Sikirica | |

District/off: 0315-2
Date Rcvd: Dec 21, 2022

User: auto
Form ID: pdf900

Page 2 of 2
Total Noticed: 1

TrusteeSikirica@gmail.com  PA59@ecfcbis.com

Jeffrey R. Hunt
on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT jhunt@grblaw.com

Jerome B. Blank
on behalf of Creditor FLAGSTAR BANK  FSB jblank@pincuslaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
on behalf of Creditor FLAGSTAR BANK  FSB mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Thomas Song
on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com

TOTAL: 12