**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Dante Condeluci | Social Security number or ITIN | xxx–xx–3226 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Heather Condeluci | Social Security number or ITIN | xxx–xx–8059 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    19–24089–GLT

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dante Condeluci                                              Heather Condeluci

2/21/23                                                     **By the court:**   Gregory L Taddonio
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Dante Condeluci  
Heather Condeluci  
    Debtors

Case No. 19-24089-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Feb 21, 2023      Form ID: 318      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dante Condeluci, Heather Condeluci, 102 Caldwell Street, Mc Kees Rocks, PA 15136-2569 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| cr | + | TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15165634 | | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |
| 15163158 | | District Court 05-0-03 440 Ross Street, Suite 5039, Pittsburgh, PA 15219 |
| 15163159 | + | District Court 05-2-43, 5624 Stuebenville Pike, McKees Rocks, PA 15136-1416 |
| 15142742 | + | Phelan, Hallinan, Diamond, & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Attention: Peter Wapner, Esquire, Philadelphia, PA 19103-1814 |
| 15183374 | + | Township of Stowe and Sto-Rox School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 22 2023 09:19:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 22 2023 09:19:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Feb 22 2023 09:19:00 | Americredit Financial Services, Inc. Dba GM Finan, Dba GM Financial, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | | EDI: JEFFERSONCAP.COM | Feb 22 2023 09:19:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 22 2023 09:19:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15151921 | + | EDI: PHINAMERI.COM | Feb 22 2023 09:19:00 | ACAR Leasing LTD d/b/a/ GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15282514 | | EDI: PHINAMERI.COM | Feb 22 2023 09:19:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15400670 | + | Email/Text: bankruptcy@acacceptance.com | | |

| Claim # | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Feb 22 2023 04:18:00 | American Credit Acceptance LLC, P.O. Box 204531, Dallas, TX 75320-4531 |
| 15163157 | + EDI: PHINAMERI.COM | | |
| | | Feb 22 2023 09:19:00 | Ascar Leasing, Po Box 183853, Arlington, TX 76096-3853 |
| 15142731 | + EDI: BANKAMER.COM | | |
| | | Feb 22 2023 09:19:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15169631 | + EDI: BANKAMER2.COM | | |
| | | Feb 22 2023 09:19:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15142732 | + EDI: CITICORP.COM | | |
| | | Feb 22 2023 09:19:00 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15142733 | EDI: CAPITALONE.COM | | |
| | | Feb 22 2023 09:19:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 15151917 | EDI: CAPITALONE.COM | | |
| | | Feb 22 2023 09:19:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15142734 | + Email/Text: rm-bknotices@bridgecrest.com | | |
| | | Feb 22 2023 04:18:00 | Carvana, LLC, PO Box 29002, Phoenix, AZ 85038-9002 |
| 15142735 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 22 2023 04:18:00 | Chrysler Capital, Po Box 961275, Fort Worth, TX 76161-0275 |
| 15142736 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Feb 22 2023 04:18:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15176051 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Feb 22 2023 04:18:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15171394 | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Feb 22 2023 04:18:00 | FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098 |
| 15142737 | + Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Feb 22 2023 04:18:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15142738 | + EDI: PHINAMERI.COM | | |
| | | Feb 22 2023 09:19:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15174982 | + Email/Text: bankruptcy@greenskycredit.com | | |
| | | Feb 22 2023 04:17:00 | Greensky, LLC/Home Depot Loan Services, 1797 Northeast Expressway, Suite 100, Atlanta, GA 30329-2451 |
| 15174685 | EDI: JEFFERSONCAP.COM | | |
| | | Feb 22 2023 09:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15175468 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 22 2023 04:29:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15163161 | + EDI: LENDNGCLUB | | |
| | | Feb 22 2023 09:19:00 | Lending Club, 71 Stevenson Rd, Suite 300, San Francisco, CA 94105-2985 |
| 15173916 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 22 2023 04:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15142740 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 22 2023 04:18:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 15171003 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 22 2023 04:18:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15142741 | + EDI: AGFINANCE.COM | | |
| | | Feb 22 2023 09:19:00 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15168027 | EDI: PRA.COM | | |
| | | Feb 22 2023 09:19:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15151181 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 22 2023 04:29:23 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |
| 15142743 | + EDI: PRA.COM | | |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 318 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 22 2023 09:19:00 | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk, VA 23502-4952 |
| 15172055 | | EDI: Q3G.COM | Feb 22 2023 09:19:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15163160 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 22 2023 04:18:00 | Santander Consumer USA, P.O.Box 961278, Fort Worth, TX 76161-0278 |
| 15142744 | + | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Syncb/bp, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15142745 | + | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 15142746 | + | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Syncb/sync Bank Luxury, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15142747 | + | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15143360 | + | EDI: RMSC.COM | Feb 22 2023 09:19:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15169901 | ^ | MEBN | Feb 22 2023 04:18:47 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15169899 | ^ | MEBN | Feb 22 2023 04:18:45 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15173785 | | EDI: AIS.COM | Feb 22 2023 09:19:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15142748 | + | EDI: BLUESTEM | Feb 22 2023 09:19:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK |
| cr | | FLAGSTAR BANK, FSB |
| 15142739 | | Idb Bank/grnsky/thd Lo |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15165642 | * | Carvana, LLC, PO Box 29018 Phoenix AZ 85038 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023         Signature:    /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 318 | Total Noticed: 51 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Joint Debtor Heather Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Dante Condeluci gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jeffrey J. Sikirica | TrusteeSikirica@gmail.com  PA59@ecfcbis.com |
| Jeffrey R. Hunt | on behalf of Creditor TOWNSHIP OF STOWE and STO-ROX SCHOOL DISTRICT jhunt@grblaw.com |
| Jerome B. Blank | on behalf of Creditor FLAGSTAR BANK  FSB jblank@pincuslaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor FLAGSTAR BANK  FSB mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Thomas Song | on behalf of Creditor FLAGSTAR BANK  FSB pawb@fedphe.com |

TOTAL: 12