**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DANTE CONDELUCI |
| Debtor 2 (Spouse, if filing) | HEATHER CONDELUCI |
| United States Bankruptcy Court for the: | WESTERN District of PA (State) |
| Case Number | 19-24089 GLT |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges        12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FLAGSTAR BANK, FSB         **Court claim no. (if known):** 11

**Last 4 digits** of any number you use to identify the debtor's account: 9306

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No.
☐ Yes. Date of last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 12/06/2019 – Plan Review - $250.00<br>12/12/2019 – Objection to Plan - $500.00<br>12/17/2019 – POC preparation - $450.00<br>12/17/2019 – POC 410A - $250.00 | (5) | $1,450.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. | Other. Specify:_____ | | (11) | $ |
| 12. | Other. Specify:_____ | | (12) | $ |
| 13. | Other. Specify:_____ | | (13) | $ |
| 14. | Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Jerome Blank, Esquire
Signature

Date  February 27, 2020

Print:  Jerome Blank, Esq., Id. No.49736
        First Name    Middle Name    Last Name

Title

Company  Phelan Hallinan Diamond & Jones, LLP

Address  1617 JFK Boulevard, Suite 1400

         Philadelphia, PA 19103

Contact Phone  215-563-7000

Email  jerome.blank@phelanhallinan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| DANTE CONDELUCI | : | BK. No. 19-24089 GLT |
| HEATHER CONDELUCI | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| FLAGSTAR BANK, FSB | : | Document No. |
| Movant | : | |
| v. | : | |
| DANTE CONDELUCI | : | |
| HEATHER CONDELUCI | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, this ____ day of _____, 2020, upon consideration of the NOTICE OF POST-PETITION FEES, EXPENSES AND CHARGES filed by FLAGSTAR BANK, FSB (movant) at Document No. _____ in the above-captioned bankruptcy case,

It is hereby **ORDERED** that *on or before twenty-one (21) days from the date the Notice of Post-Petition Fees, Expenses and Charges* was docketed, the Debtor(s) or Debtor's counsel shall file, either:

- an *AMENDED CHAPTER 13 PLAN*;

- a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

- an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, following which time the Court will schedule a hearing on the matter.

*The failure to timely file an Objection shall result in the allowance of the post-petition fees, expenses and charges without further order, notice or hearing*.

_____
**Gregory L. Taddonio**,
**Bankruptcy Judge**