| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Heather Condeluci |
| Debtor 2 | Dante Condeluci |
| Debtor 2 | |
| United States Bankruptcy Court for the WESTERN District of Pennsylvania | |
| Case number | 19-24089 GLT |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FLAGSTAR BANK

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 9306

**Date of payment change:**
Must be at least 21 days after date of this notice    09/01/2021

**New total payment:**    $1570.41
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $619.89    New escrow payment: $ 627.97

### Part: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%
   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:_____
   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor(s)   <u>Heather Condeluci, Dante Condeluci</u>   Case number (*if known*)  <u>19-24089 GLT</u>
            First Name    Middle Name       Last Name

### Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Brian C. Nicholas (Atty ID: 317240)</u>       Date  <u>07/16/2021</u>
    Signature
**Print:** Brian Nicholas
    16 Jul 2021, 09:46:29, EDT

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701      Market Street, Suite 5000</u>
         Number    Street
         Philadelphia,                    PA    19106
         City                             State  ZIP Code

Contact phone  (215) 627–1322         Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page 2

Document ID: 63f9f9e888aea084e436549f7382b0fbd80a4aeecf9c29a239d0f02ddaea4aaa