# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dante Condeluci<br>Heather Condeluci<br>    Debtor(s)<br><br>FLAGSTAR BANK<br>    Movant<br><br>vs.<br><br>Dante Condeluci<br>Heather Condeluci<br>    Debtor(s)<br><br>Ronda J. Winnecour,<br>    Trustee | BK NO. 19-24089 GLT<br><br>Chapter 13<br><br>Related to Claim No. 11 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 16, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dante Condeluci
102 Caldwell Street
Mc Kees Rocks, PA 15136

Heather Condeluci
102 Caldwell Street
Mc Kees Rocks, PA 15136

Attorney for Debtor(s)
Glenn R. Bartifay, Esquire
3134 Lillian Avenue
First Floor
Murrysville, PA 15668

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: July 16, 2021

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholad@kmllawgroup.com